Caleb C. Wilkins, WSB #7-5527
Richard D. Bush, WSB #5-2647
COAL CREEK LAW LLC
P.O. Box 467
Cheyenne, WY 82003-0467
P: (307) 634-1525
F: (307) 638-7335
cwilkins@coalcreeklaw.com
tbush@coalcreeklaw.com

Mark Berkowitz (*Pro Hac Vice*)
TARTER KRINSKY & DROGIN LLP
1350 Broadway New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
mberkowitz@tarterkrinsky.com
*Attorneys For Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| AVRAHAM EISENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>MANGO LABS, LLC; MANGO DOA and<br>DAFYDD DURAIRAJ,<br><br>    Defendants. | Civil Action No. 1:26-CV-00011-SWS |

### PLAINTIFF'S MOTION FOR A
### TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

**COMES NOW,** Plaintiff Avraham Eisenberg ("Plaintiff"), by and through his undersigned counsel, and petitions this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a temporary restraining order ("TRO") and preliminary injunction ("PI") against Defendants Mango Labs, LLC ("Mango Labs"), Mango DAO, and Dafydd Durairaj (collectively, "Defendants"): (1) enjoining Defendants from transferring, dissipating or disposing of the assets held in the treasury of the Mango DAO; and (2) enjoining Defendants from taking further steps to dissolve the Mango DAO. Plaintiff states and provides the following in support thereof:

1. Plaintiff's Memorandum in Support of Motion for a Temporary Restraining Order and a Preliminary Injunction

2. Declaration of Mark Berkowitz In Support of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction

   a. Exhibits 1 – 12

3. Proposed Order Granting Motion for a Temporary Restraining Order and a Preliminary Injunction

## STATEMENT OF CONFERRAL

Counsel for Plaintiff, Mark Berkowitz, has conferred with counsel for Mango Labs and Dafydd Durairaj who take no position on this motion. Mango DAO has not retained counsel at this time and, due to the nature of a decentralized autonomous organization, undersigned counsel is unable to confer with any designated person relate to this motion currently.

## STATEMENT OF EXISTING SERVICE OF PROCESS

Undersigned counsel certifies that it has effectuated service of process of the Complaint in this matter upon Mango Labs and Mango DAO and has attempted service upon Dafydd Durairaj three times as of the filing of this motion.

**WHEREFORE**, Plaintiff respectfully petitions this Court to grant a temporary restraining order against Defendants and set a hearing on Plaintiff's motion for preliminary injunction.

Dated: January 20, 2026          By:      */s/ Caleb C. Wilkins*
                                          Caleb C. Wilkins, WSB #7-5527
                                          Richard D. Bush, WSB #5-2647
                                          COAL CREEK LAW LLC
                                          P.O. Box 467
                                          Cheyenne, WY 82003-0467
                                          P: (307) 634-1525
                                          F: (307) 638-7335
                                          cwilkins@coalcreeklaw.com
                                          tbush@coalcreeklaw.com

Mark Berkowitz (*Pro Hac Vice*)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
P: (212) 216-8000
F: (212) 216-8001
mberkowitz@tarterkrinsky.com

***Attorneys for Plaintiff Avraham Eisenberg***

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on **January 20, 2026,** I electronically filed the **Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Plaintiff's Memorandum in Support of Motion for a Temporary Restraining Order and a Preliminary Injunction and a Preliminary Injunction, and Declaration of Mark Berkowitz** through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing and via U.S.P.S. mail to:

Mango Labs, LLC
30 N. Gould Street, Suite R
Sheridan, WY  82801

Dafydd Durairaj
2112 Cadence Trace Drive
Mint Hill, NC 28227

Mango DOA
C/O Mango Labs, LLC
30 N. Gould Street, Suite R
Sheridan, WY  82801

Mango DOA
C/O Dafydd Durairaj
2112 Cadence Trace Drive
Mint Hill, NC 28227

*/s/ Caleb C. Wilkins*
Coal Creek Law LLC

3