Caleb C. Wilkins, WSB #7-5527
COAL CREEK LAW LLC
211 W. 19th Street
P.O. Box 467
Cheyenne, WY  82003-0467
P: (307) 634-1525
F: (307) 638-7335
cwilkins@coalcreeklaw.com

Mark Berkowitz (*pro hac vice*)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY  10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| AVRAHAM EISENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>MANGO LABS, LLC; MANGO DOA and DAFYDD DURAIRAJ,<br><br>    Defendants. | Civil Action No. 1:26-CV-00011-SWS |

## DECLARATION OF MARK BERKOWITZ

I, Mark Berkowitz, declare as follows:

1. I am a Partner at Tarter, Krinsky & Drogin LLP, attorneys of record for Defendant Avraham Eisenberg ("Defendant").

2. I make this Declaration in support of Plaintiff's Motion For A Temporary Restraining Order And A Preliminary Injunction.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a printout of the webpage https://dao.mango.markets/dao/MNGO as of February 14, 2023, showing the results of a search for the term "debt" among Proposals presented to the Mango DAO for voting.  As of January 16,

2026, the same webpage is available at https://v2.realms.today/dao/DPiH3H3c7t47BMxqTxLsuPQpEC6Kne8GA9VXbxpnZxFE.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot taken on February 14, 2023 of a Proposal titled "Repay bad debt," which was posted to the Mango DAO for voting, and was available at the webpage https://dao.mango.markets/dao/MNGO/proposal/3WZ5DpZXDvNAK4JwPS1HDPzSinEJUGpBC4XXx9vPtnVS. As of January 16, 2026, the same proposal is available at the webpage https://v2.realms.today/dao/DPiH3H3c7t47BMxqTxLsuPQpEC6Kne8GA9VXbxpnZxFE/proposal/3WZ5DpZXDvNAK4JwPS1HDPzSinEJUGpBC4XXx9vPtnVS.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a printout of the webpage https://docs.mango.markets/litepaper, as of February 28, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a printout of the webpage https://docs.mango.markets, as of February 28, 2023.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document entitled "Declaration of Dafydd Durairaj in Support of Defendants' Opposition to Plaintiff's Motion For Preliminary Injunction," dated January 15, 2025, filed at ECF No. 30-1 in *Kramer v. Mango Labs, LLC et al.*, 3:24-cv-01587-GMM (D.P.R.).

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document entitled "Verified Complaint," dated December 23, 2024, filed at ECF No. 1 in *Kramer v. Mango Labs, LLC et al.*, 3:24-cv-01587-GMM (D.P.R.).

9. Attached hereto as **Exhibit 7** is a true and correct copy of a screenshot taken on January 16, 2026 of a Proposal titled "Repay Bad Deb #2," which was posted to the Mango DAO for voting, and available at the webpage

https://v2.realms.today/dao/DPiH3H3c7t47BMxqTxLsuPQpEC6Kne8GA9VXbxpnZxFE/proposal/GYhczJdNZAhG24dkkymWE9SUZv8xC4g8s9U8VF5Yprne.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a document entitled "Complaint," dated January 25, 2023, filed at ECF No. 1 in *Mango Labs, LLC v. Avraham Eisenberg*, 1:23-cv-00665-LJL (S.D.N.Y.).

11.     Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of the March 2, 2023 preliminary injunction decision hearing on in *Mango Labs, LLC v. Avraham Eisenberg*, 1:23-cv-00665-LJL (S.D.N.Y.).

12.     Attached hereto as **Exhibit 10** is a true and correct copy of a document entitled "Motion Requesting 30-day Stay," dated December 23, 2025, filed at ECF No. 179 in *Kramer v. Mango Labs, LLC et al.*, 3:24-cv-01587-GMM (D.P.R.).

13.     Attached hereto as **Exhibit 11** is a true and correct copy of a screenshot taken on January 16, 2026 of a Proposal titled "Authorize Mango Labs to Liquidate Smaller Assets," which was posted to the Mango DAO for voting, and available at the webpage https://v2.realms.today/dao/DPiH3H3c7t47BMxqTxLsuPQpEC6Kne8GA9VXbxpnZxFE/proposal/3xLf5Mj81c1cLGSrLdzugjc42p7ob5YozCQtQPx4hBQF.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of the transcript of the February 24, 2023 preliminary injunction hearing on in *Mango Labs, LLC v. Avraham Eisenberg*, 1:23-cv-00665-LJL (S.D.N.Y.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 16, 2026                                         By: *s/ Mark Berkowitz*
            New York, New York                                              Mark Berkowitz