# Exhibit 4

 **Mango Markets**

# 🔍 Overview

Mango Markets provides a single venue to lend, borrow, swap, and leverage-trade crypto assets through a powerful risk engine.

- Earn interest on deposits
- Cross-Margin / Cross-Collateralised
- Decentralised

Mango Markets is built on the Solana blockchain and utilises Serum DEX for spot margin trading while perpetual futures are traded on Mango Markets' own order book. Mango Markets is governed by MNGO token holders via the Mango DAO.

Mango Markets is completely open source, we see this transparency as vital for the project as it increases the amount of people who understand and can improve the project. The DAO frequently sponsors grants for developers to extend, integrate with or try to break the project. Present your idea on the governance forum if you would like to receive financial support.

There are a number of ways to connect your trading system to the Mango Markets' on-chain programme. The easiest way for traders who are used to centralised exchanges, is to use the REST & WebSocket API that was purposefully designed to be easy to integrate. If you want to have the highest level of control, you will most likely want to communicate directly with the blockchain using one of the existing open source wrappers for TypeScript, Python or .NET.

If you are looking to get an overview of current & running efforts, we recommend that you join the biweekly developer calls on Discord (every two weeks on Saturday at 4PM UTC). If you just want to get started on a small project and contribute as part of a Hackathon, check out the Trello. The tasks there are proposed by different community members, usually not on the roadmap of any core developer and open for anyone to start.

Next
**Discord & Community** →

Last modified 8mo ago

WAS THIS PAGE HELPFUL?