Exhibit 5

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN KRAMER,<br><br>      Plaintiff,<br><br>v.<br><br>MANGO LABS, LLC, DAFYDD DURAIRAJ,<br>and TYLER SHIPE,<br><br>      Defendants. | CIVIL ACTION NO.: 3:24-cv-01587-GMM<br><br>**DECLARATION OF DAFYDD DURAIRAJ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Dafydd Durairaj, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America as follows:

I am the principal of Defendant Mango Labs, LLC ("Mango Labs"), and I make this declaration in support of Tyler Shipe's ("Shipe"), Mango Labs', and my Opposition to Plaintiff's Motion for Preliminary Injunction.  Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and if asked to testify as to these facts, I would be competent to do so.

## FACTUAL BACKGROUND

### A.    Mango Markets Launched in 2021.

1.    I founded Mango Markets in 2021.  Maximilian Schneider ("Schneider") was also involved in the founding.  Shipe was part of the founding team and the first contributor to Mango Markets.  Mango Markets is a decentralized finance protocol.  Through the Mango Markets protocol, people are able to borrow, lend, and trade cryptocurrency and cryptocurrency derivatives.  Mango Markets experienced rapid growth.  Mango Markets tokens are MNGO.

2.      The organization that governs the Mango Markets protocol is the Mango DAO. The Mango DAO has members that take on trusted roles akin to a partnership that establishes fiduciary duties.  MNGO token holders can make governance decisions about the protocol by voting with their tokens.  Mango Labs is an entity that has been funded by the Mango DAO to develop software for Mango Markets and to manage Mango DAO's legal claims, including victims' claims against Avraham Eisenberg ("Eisenberg"), the DAO's claims against Kramer and Schneider, and others.

3.      Kramer joined the DAO as a trusted partner after its founding.  He became the treasurer of the Mango DAO, and, along with Schneider took on significant roles within the Mango DAO, comparable to officers and partners of the DAO.  Shipe and I have had significant roles in the Mango DAO since its founding and accomplished critically important matters for the DAO, including helping the DAO recover $67,000,000 in stolen funds and resolving multiple civil and regulatory matters in the DAO's best interests.

4.      Since the beginning, Shipe and I have maintained significant voting power in the Mango DAO.

**B.      In 2022, Mango Markets Suffered a $114,000,000 Criminal Exploit that the DAO, with the help of Shipe and Me, Resolved by Making all Depositor Victims Whole.**

5.      In October 2022, an individual named Avraham Eisenberg illegally exploited Mango Markets.  Eisenberg, through fraud and deception, converted approximately $114 million from Mango Markets depositors into his own accounts. Through Shipe's and my leadership, the DAO recovered $67,000,000 of the misappropriated digital assets and used the DAO's treasury to supplement such that all Mango Markets depositors were made whole within weeks of the attack.

6.      Those depositor victims and the DAO voted to assign their claims against Eisenberg to Mango Labs, and Mango Labs sued Eisenberg on behalf of his victims in the Southern District

2

of New York. In December 2022, the United States Attorney's Office for the Southern District of New York filed a criminal complaint against Eisenberg based on his actions against Mango Markets. I, through my role as the owner of Mango Labs, and Shipe, both as witnesses and victims, were heavily involved in the action against Eisenberg and sought to manage the fallout from Eisenberg's crime.

7.      Mango Labs' civil complaint was stayed pending Eisenberg's criminal case. The criminal case went to trial in April 2024, where a jury convicted Eisenberg of fraud, commodities market manipulation, and wire fraud.

8.      Eisenberg's attack on Mango Markets spawned charges against him by the United States Securities and Exchange Commission ("SEC"), as well as by the Commodity Futures Trading Commission ("CFTC"). Eisenberg's attack on Mango Markets also led to an SEC investigation of Mango Markets itself, including the Mango DAO.

9.      Mango Labs, Shipe, and I shouldered the primary burden of handling the SEC investigation for the DAO's benefit. The DAO funded Mango Labs to lead the charge on its legal matters. When Kramer and Schneider threatened to block funding for Mango Labs because that would make it easier to get away with their fraud to cripple the DAO, Mango Labs continued its work despite uncertainty about funding. Shipe and I also both participated in proffers to the DOJ, SEC, and CFTC, saving Schneider and other DAO members the need to do so. After diligent work, Mango Labs negotiated a favorable settlement with the SEC on behalf of a joint defense group that included the Mango DAO—which benefited Kramer as well. As part of the settlement, on November 1, 2024 Mango Labs burned its approximately 96,000 tokens. Attached as **Exhibit 1** is a true and correct copy of a Solscan page. Mango Labs also negotiated a favorable settlement

ACTIVE 706231941v6

with the CFTC that the DAO approved[1], which is currently pending.  Kramer has not had any involvement or assisted with the DAO's legal claims on behalf of Eisenberg's victims or related to the regulatory investigations.

10.     At no point during any of the work Shipe and I did to help the DAO deal with its legal issues did we take any salary or payment of any kind for our efforts to help the DAO handle multiple legal matters.

11.     All requests for funds relating to legal defense were put up for vote and I took no action without receiving the appropriate approvals.  Attached as **Exhibit 2** is a true and correct copy of a post from Realms, "Mango Labs Funding."  Attached as **Exhibit 3** is a true and correct copy of a Google document, "Mango Labs LLC update on Mango DAO Legal Issues.  Attached as **Exhibit 4** is a true and correct copy of a Wayback page with the "Mango Labs 2023 Funding Proposal."

**C.     Kramer and Schneider Attacked the Mango DAO in Its Weakened State.**

12.     While Shipe and I were handling the DAO's legal matters, Kramer and Schneider conspired to take advantage of the DAO in its vulnerable state.  In November 2022, FTX, a cryptocurrency exchange filed for bankruptcy. Prior to its collapse, FTX allowed its users to deposit MNGO. The bankruptcy estate assumed control of the MNGO.  In October 2023, the bankruptcy court ordered the FTX estate to sell certain assets, including the MNGO tokens.

13.     Kramer and Schneider, in their trusted positions within the DAO, represented to the DAO and its members that they were going to buy back the MNGO tokens from the FTX estate and transfer them close to cost to the DAO.  This, of course, would benefit the DAO and MNGO token holders.  After the Eisenberg attack, the DAO wished to recover FTX's MNGO tokens itself.

---

[1] https://dao.mango.markets/dao/MNGO/proposal/35uJRJBQ64zQ82N4x32km9vRnDtvpJ5jF3MfwfzBoXvL

This was preferable to having them fall into the hands of a malicious actor who could abuse the tokens' voting power to steal from the DAO.

14.    But Kramer and Schneider instead conspired to buy the tokens for themselves while hiding their identities from the DAO. Upon information and belief, they purchased approximately 330 million MNGO that had been held by the FTX estate. They then—just hours before the end of voting—anonymously deposited all 330 million tokens into the Mango DAO, thereby giving themselves more voting power, which they used to pass a proposal for Mango DAO to buy the tokens at an artificially inflated price.

15.    Although Mango Labs and members of the Mango DAO have tried to convince Kramer and Schneider to transfer the tokens to the DAO at cost as they represented they would do, and as their fiduciary duties to the DAO required them to do, they have refused to do so. Instead, they have tried to intimidate DAO members, including members of the Council, with threats (such as this case). They have also attempted to block the DAO's funding for Mango Labs' efforts to pursue the legal claims against Eisenberg and handle other legal matters for the DAO.

**D.    Kramer and Schneider Attacked the Mango DAO in Its Weakened State.**

16.    As part of an effort to protect the platform, Mango Labs suggested a DAO representative to be a non-biased party acting on behalf of the DAO, including with respect to the DAO's legal matters.

17.    The DAO representative's role is limited to being a communications conduit and signing on behalf of the DAO—they have no authority to do anything or bind the DAO to anything without a vote.

18.    Here, the DAO representative's role is winding down because the SEC settlement is completed. The CFTC settlement has been approved.

ACTIVE 706231941v6

19.     Further, there are significant concerns that DAO members have raised about the current DAO representative's conflicts of interest with the DAO.  The current DAO representative has supported Kramer and Schneider's fraud, on information and belief, because they wished to take extra payments from the DAO to themselves.

20.     To the extent a new representative would be necessary for the DAO, it would be easy to appoint one.

21.     Multiple DAO members have raised concerns about the representative's conflicts of interest.

**E.      Mango Labs Filed Its Original Action Against Kramer And Schneider.**

22.     Mango DAO and DAO members voted to assign their claims against Kramer and Schneider to Mango Labs.  I initiated a public discussion regarding Kramer's and Schneider's conduct on the Mango DAO's Discord channel and X before Mango Labs filed the complaint. Attached as **Exhibit 5** is a true and correct copy of a Discord post.  Attached as **Exhibit 6** is a true and correct copy of a post on X. On October 7, 2024, Mango Labs filed its Complaint against Kramer and Schneider alleging that they improperly misappropriated their positions as trusted Mango DAO members to purchase the FTX MNGO tokens at issue for their own benefit.

**F.      Kramer Escalates His Attacks, Requiring the Mango DAO's Upgrade Council to Exercise Its Authority to Stop Kramer's Exploit.**

23.     The Mango DAO created a security mechanism, through the Council, whose majority could pause DAO governance and modify its software to stop malicious attacks against the DAO.  The DAO approved this and delegated authority to the Council to protect the DAO treasury as needed.  Kramer was aware of the Council's role and capabilities.  Schneider, who worked with Kramer to procure the fraudulent tokens from FTX, was a member of the Council.  It is common in the Decentralized Finance industry for such councils to exist.  I was an original

member of the Upgrade Council and continue to act as a member.  As part of my role, I have made great efforts to ensure transparency as to all my actions.

24.    On December 6, 2024, the Mango DAO's Council took action to stop Kramer from using the fraudulently acquired MNGO tokens from FTX to pilfer the Mango DAO treasury. Specifically, Kramer sought to force more buybacks of MNGO tokens at inflated prices, and also intended to directly liquidate the Mango DAO treasury for his own purposes. He also was in the process of forcing votes that would disable the Council's ability to protect the DAO.  The Council and its members, including me, all independently understood that Kramer's actions would be fatal to the DAO and its members.  Several members of the Council, rather than exercise their votes, chose to abstain by burning their voting tokens.  They did so, on information and belief, either because they were no longer interested in being involved with the DAO or out of fear of Kramer's threats to file frivolous legal action, such as this action.  Shipe and I did not resign from the Council and exercised our properly given authority and access to the Council smart contract to stop Kramer's attack by freezing Kramer's improperly obtained tokens to prevent harm to the DAO. In addition, nothing prevented Council members from resigning their voting power.  Kramer also posted on Discord about the Council members' burning their tokens.  Attached as **Exhibit 7** is a true and correct copy of a Discord post. The software that permits the Upgrade Council to function does not, and never has, required anything other than a simple majority of votes.  There is no requirement that the Upgrade Council have seven members to function.

25.    Like with other DAO legal issues, here once again Shipe and I were willing to expose ourselves to great personal risk—as this frivolous lawsuit and preliminary injunction request shows—for the benefit of the DAO.

26.     After voting for the freeze, I publicly announced the Council's decision to freeze Kramer's and Schneider's tokens to prevent harm to the DAO.  Attached as **Exhibit 8** is a true and correct copy of my post.

27.     The act of freezing the tokens did not grant any individual or entity possession or authority over Kramer's tokens indefinitely.  Kramer still controls the keys to his tokens and can transfer those keys at any time.  The only impact that freezing had was to limit Kramer's ability to vote using his fraudulently obtained tokens.  The Council has not and will not move, appropriate, or liquidate the frozen tokens.

**G.     The 2CC Wallet.**

28.     Despite Kramer's allegations otherwise, the 2CC wallet belongs and has always belonged to me.  It is not uncommon for DAO members to use a personal wallet when putting up a vote for a proposal.

29.     The SEC is aware of this wallet and I have taken no actions to hide that it belongs to me.

30.     In all respects, Mango Labs has complied with the SEC settlement.  Mango Labs does not have MNGO tokens, it has complied with the SEC settlement, and it has communicated its compliance with the SEC.

31.     However, Kramer and his partner Schneider are the parties whose actions have violated the judgment in the SEC action.  In fact, Mango DAO has had to reverse actions taken by Kramer and Schneider to avoid potential liability including burning tokens.

**H.     The Token Status As Of This Filing.**

32.     Kramer and Schneider control approximately 510 million MNGO and an additional 22.5 million MNGO through their options program.   The votes that Kramer and Schneider

attempted to use these tokens for and that were stopped by the Council were attempting to disable the counsel and take money out of the DAO itself.

33.    If the DAO treasury is liquidated or dissolves for any reason—something many DAO members have suggested, including Schneider—the DAO would set aside the pro-rata amount of the treasury needed to satisfy any cash-out from the frozen tokens.  Kramer would thus not lose anything, to the extent he would be owed anything in a dissolution.

34.    Given that Kramer planned to offload the coins anyway and the attestations made above, Kramer has no credible theory for why the tokens should be unfrozen so that he may loot the DAO treasury.

35.    The Mango DAO never had issues with purchasing the coins at a reasonable fee and still does not.  Purchase by the DAO for a reasonable fee was always the plan until Kramer and Schneider acted to conspire against the DAO.

Executed on this 15th day of January, 2025, in Charlotte, North Carolina.

ACTIVE 706231941v6

Respectfully submitted,



**Dafydd Durairaj**

10

# Exhibit 1



12/24/24, 2:52 PM

Case 1:26-cv-00011-SWS    Document 14-7    Filed 01/20/26    Page 14 of 61
Case 3:24-cv-01587-CMM-MDM    Document 30-1    Filed 01/15/25    Page 14 of 61

(?) **Fee**    0.000005 SOL ($0.0009834)

(?) **Compute Units Consumed**    4,810

(?) **Transaction Version**    Legacy

(?) **Previous Block Hash**    CRC4vCmfQEvn5Jnv...  ⧉

(?) **Your Notes**    ✎

---

**Instruction Details**                    **View more details** ⌄

---

**Program Logs** 📄                    **View more details** ⌄

---

📖 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.

**≋ Powered by Solana Blockchain**

Solscan @2024    Terms of Service    Privacy Policy    Contact Us    Advertise    Knowledge Base

Donations: **D27Dgi...L5EuLK** ❤️ ⚙️    Join us: ✖ ▰

# Exhibit 2

 Realms

Read the Docs ⤴

**Connect**
Phantom

‹ Back

# Mango Labs Funding

Completed

Proposed by: DaffYGVhYqYmp84qsPrcVxkBBRrmoHx7Ueuj86K4XBFF

Hello Mango DAO, I'm requesting $2m in additional funding for Mango Labs. This funding is necessary to handle legal costs of regulatory inquiries that have arisen after the exploit last year, cooperation with law enforcement and regulators, and pursuing legal claims against Avi Eisenberg to help recover funds for the DAO.

The previous $2m in funding went primarily towards legal expenses for the civil suit against Eisenberg for his role in the exploit, responding to regulatory inquiries that followed, the Mango v4 security audit, and salaries for app devs. Given market conditions, we've decided to discontinue development of the payments app. There are currently two developers on payroll at Mango Labs for UI and database development.

If any portion of these funds is not used within one year from the date that the proposal is granted, those funds shall be returned to the DAO treasury.

Here is a link to the forum post: https://forum.mango.markets/t/mango-labs-funding/706

| Instructions | ⌄ |
|---|---|

## Results

✓ **The proposal has passed**

Yes Votes
**136,493,913**
99.3%

No Votes
**996,977**
0.7%

Explore ›

## Voting Rules

👥 Community    🕐 3d    ⚖️ 2%    ⚖️ Disabled

## Discussion (5)

Thoughts?...

**Send It**

  

© 2024 Realms Today Ltd  |  Terms  |  Privacy Policy

Read the Docs

**Powered by Solana**

# Exhibit 3

 Published using Google Docs

Report abuse    Learn more

Labs Legal Update

Updated automatically every 5
minutes

**Mango Labs, LLC update on Mango
DAO Legal Issues**

**Purpose of this post**:  This post
explains Mango Labs' efforts to handle
the myriad legal issues the DAO has
faced and continues to face after
Eisenberg's attack, including a DOJ
investigation, prosecution, and criminal
trial of Eisenberg where Mango DAO
is the victim, SEC investigation and
settlement, CFTC investigation and
settlement, and other issues (including
the current ongoing governance attack
by Max and John).  The post also
reviews the drivers of legal costs for
these matters and the value of Mango
Labs' work for the DAO.

In a recent post, I outlined concerns
over fraud perpetrated by Max and
John against the DAO.  They have
doubled down in response by throwing
mud and attempting to discredit me
through nonsensical self-serving and
baseless accusations.  Most
importantly, they have offered no
coherent explanation or defense of
their actions or the many
misrepresentations and omissions
they made in the process of attempting
to pilfer money from the DAO for their
own personal benefit.

I have tried to avoid escalating this
dispute for months, but Max and John
are insistent on profiting from their
fraud, so we have no alternative option
but to rely on the courts to resolve
these issues.  I've already begun this
process of litigation through the claims
assignment post, which is necessary
to determine whether the DAO will
assign claims to Labs or whether Labs
must proceed through a derivative
action.

 Published using Google Docs                    Report abuse        Learn more

## Labs Legal Update

Updated automatically every 5 minutes

still at stake.  It is telling when an accused fraudster's response to being called out is to attempt to take away the victim's ability to defend its legal rights and sow distrust with its legal representation.  Now that the SEC has filed its settlement action, and the DAO has approved a settlement with the CFTC as well, there is less risk in sharing more details about the DAO's legal matters (even though as Max and John are aware and as Adrian has mentioned several times recently, it is better not to publicly air out grievances over our approach to legal issues).  Unfortunately because John and Max think I will not stand up for the DAO if they make a bunch of false accusations against me, I am forced to respond.

**Transparency Issues:**  This is a long post, but I am attempting to include as much detail as possible without revealing privileged information or raising the risk to the DAO more than John and Max already have.  In terms of transparency, I have always provided information about the legal spend and status of legal matters to any DAO member that asks.  Max, in particular, has been in the loop on much of the legal issues although he lost interest and decided it was more fruitful to trash it once it became a leverage point to succeed with his self-dealing.  John never cared to ask or inquire, but just makes blanket assertions with no idea about the legal issues facing the DAO or how they've been handled (or how toxic and disruptive his desperate attempts to defend his corrupt conduct are).  This post will provide further information that should more than answer any questions about how the DAO's legal budget has been allocated, and whether that allocation has provided value to the DAO and its stakeholders.  It has.

 Published using Google Docs                    Report abuse        Learn more

Labs Legal Update                                    Updated automatically every 5
                                                     minutes

$67,000,000 in assets returned
back from Eisenberg after his
attack.  This was done through
close coordination with
counsel.  Mango, unlike many
projects who suffer attacks like
we did, was actually able to get
a large portion of the stolen
funds back.

2.  **Making depositors whole.**  All
    depositors were made whole in
    less than two weeks.  Here too,
    Mango stands apart from many
    other projects that have
    suffered exploits.  Every
    person whose funds Eisenberg
    took was made whole–and
    quickly–despite Eisenberg
    retaining $47m+ of the funds
    he took.  This avoided $114m
    in potential legal claims from
    depositors for lost funds
    against the DAO.

3.  **SEC resolution.**  We have an
    agreed-upon settlement with
    the SEC, pending court
    approval.  This is a remarkable
    result that the DAO desired.
     The amount paid to the SEC is
    far lower than the cost of
    litigation, and represents less
    than 1% of the amount raised
    during the token sale.  The
    settlement also allows for
    liquidation of the DAO and
    buybacks.  This was something
    Labs led the negotiations on
    and did for the benefit of
    people who might want to
    return their MNGO to the DAO
    in a dissolution, including Max
    and John.  The only problem is
    Max and John have and want
    to continue doing so unlawfully
    and in violation of their duties
    to the DAO.  Had it not been
    for Labs' negotiating the
    buyback provision into the
    settlement, all of Max and

 Published using Google Docs                     Report abuse     Learn more

Labs Legal Update                                        Updated automatically every 5
                                                         minutes

which is also a remarkable
value to the DAO for far lower
than the cost of litigation and
CFTC's opening demand.

5.  **Eisenberg.**  With respect to
    Eisenberg, Mango Labs' work
    has achieved significant results
    for the DAO.  Eisenberg was
    indicted in a complex and novel
    prosecution.  He was then
    convicted and through his
    criminal trial Mango Markets
    was vindicated as the victim of
    his attack.  Mango Labs
    secured a temporary
    restraining order blocking
    Eisenberg from moving funds
    in its civil case, and then a
    representation from Eisenberg
    to the Judge that he would not
    move funds during the
    preliminary injunction hearing.
     Mango Labs also defeated a
    standing challenge to the
    depositors' claims assignments
    from Eisenberg, critical to
    enforcing the victims' rights.

6.  **Other issues.**  Apart from
    Eisenberg, Labs has handled
    other threats to the DAO,
    including a demand from a so-
    called mediator for $1m that
    required litigating complex and
    novel issues in Turkish courts.

John either has no idea about how off-
base he is, or he does and is cynically
making his claims about the legal
spend regardless, just to further his
own fraud.  Max is aware of the extent
of the legal challenges the DAO has
faced, and the role Labs has taken in
resolving those challenges to the
DAO's (and Max's and John's) benefit,
but publicly disparages Labs on this
issue for his own personal benefit at
the expense of the DAO.

 Published using Google Docs    Report abuse    Learn more

## Labs Legal Update

Updated automatically every 5 minutes

admit nor deny the allegations, below are some details about the extent of the work that has been required to achieve these results to date:

The primary driver of cost since Eisenberg's attack is that it resulted in multiple distinct legal matters running in parallel.

**DOJ.** *First*, we've had to deal with legal issues involving the Department of Justice (DOJ).  There was a DOJ investigation of Eisenberg after his attack, which required cooperation from the DAO.  The DAO's cooperation was handled by Mango Labs.  After Eisenberg was indicted based on a complex set of facts, we have been dealing with a DOJ prosecution.  This required multiple proffers where I and others were required to go in and do interviews with DOJ.  It required responding to many voluminous document requests from the DOJ.  Several members of the DAO – notably, not Max – also agreed to serve as potential and actual witnesses for the Eisenberg trial.  The DAO paid for representation for these witnesses, through Labs, as is right and in the DAO's interests.  During the trial, Labs litigated a contentious Rule 17 subpoena on behalf of the DAO and victims of Eisenberg's attack–substantially narrowing document requests, saving the DAO significant funds, and also avoiding review of privileged communications which Eisenberg appeared keen to get his hands on.  The DOJ investigation, prosecution, and trial alone were a massive ordeal.  It is still ongoing, as there is now a sentencing and restitution hearing coming up.

**SEC.** *Second*, there have been extensive dealings with the SEC.  The SEC has filed two federal actions related to Mango Markets, including

 Published using Google Docs

Report abuse    Learn more

Labs Legal Update

Updated automatically every 5 minutes

answering voluminous questions about the factual background of the situation, proffers, and drafting responses to Wells notices and many other submissions.

John characterizes this as somehow Labs being a target and then dragging the DAO in.  This is the opposite of what occurred.  The SEC (just as the CFTC, which I'll get to), wished to settle with the DAO.  Labs attempted to resolve things on its own without involving the DAO.  A Labs officer (me) and contractor even went in for proffers to the SEC, putting Labs at risk for the benefit of the DAO (and for the benefit of Max and John, who were saved the need to do such things).  I have ensured that Labs and Blockworks have always taken positions consistent with the DAO and its interests.  Even at Labs and Blockworks' expense – as those entities (and the related individuals) had distinct defenses from the DAO and may even have benefited from litigating and clearing their names, but negotiated a highly favorable settlement for the DAO because that was what the DAO desired and in its best interests.  If not for Labs' and Blockworks efforts, the DAO (and likely Max) would have already been sued by the SEC and CFTC long ago, and expended far more resources dealing with those litigations.

**CFTC.**  *Third*, the CFTC has run its own set of parallel investigations of Eisenberg and Mango Markets.  This has resulted in a federal case against Eisenberg pending as well, separate from the SEC's case.  Like the SEC, the CFTC focused first on Eisenberg and then on Mango Markets.  Labs led cooperation with the CFTC on the DAO's behalf, just as it did with DOJ and the SEC.  Like DOJ and SEC, the CFTC issued voluminous document requests and significant resources

 Published using Google Docs                    Report abuse    Learn more

Labs Legal Update                                    Updated automatically every 5
                                                     minutes

with Eisenberg directly.  Labs filed a
civil case against Eisenberg when it
was unclear whether he would be
convicted to preserve the rights of the
victims and attempt to stop him from
moving funds.  Labs has conducted
this case efficiently and effectively for
the DAO's benefit.  It secured a
temporary restraining order freezing
the funds Eisenberg took.  Then during
the preliminary injunction hearing,
Eisenberg represented to the court
through his attorneys that he was
committed not to move funds.
 Eisenberg also, just like John and
Max, tried to drive a wedge between
Labs and the victims of his attack,
arguing that Labs had no standing to
enforce the claims of Eisenberg's
victims at the preliminary injunction
hearing (and later, at his criminal trial).
 Labs defeated this attempt.

Notably, and both John and Max failed
to mention this in their accusatory
posts–when Eisenberg was convicted
and the civil case had an opportunity
to move forward, it was John and Max
who insisted that it be stayed again.
 The reason Labs stayed the case is
because of John and Max's pressure
and threats to block funding for Mango
Labs.  They did this against all
common sense, as our best leverage
was after Eisenberg's conviction to
pressure him through the litigation to
come to the table.  Eisenberg quickly
agreed to the stay, and likely couldn't
believe his luck.  The real reason for
Max and John doing this was to put
pressure on Labs to allow their
fraudulent buybacks to occur.  In this
way–and in others–Max and John's
fraud has already disrupted the DAO's
legal rights and increased legal risk.

**Overall, given all the matters the
DAO faces, the legal spend has
been reasonable.**  It is far lower than
it might have been under different
management.  It is lower than spend

1/15/25, 1:07 PM Case 1:26-cv-00011-SWS Document 14-7 Filed 01/20/26 Page 26 of 61
Case 3:24-cv-01587-GMM-MDM Document 80-1 Filed 01/15/25 Page 26 of 61
Labs Legal Update

 Published using Google Docs

Report abuse     Learn more

Labs Legal Update

Updated automatically every 5 minutes

attack resulting in multiple investigations from three separate federal agencies and five federal lawsuits and counting.  Importantly– the legal spend is net ROI positive by many multiples already, has avoided orders of magnitude in risk to the DAO compared to what has been spent, and has put the DAO in good position to defend and enforce its rights going forward.

**DAO lawyer issues.**  John makes reference to the DAO rep and DAO lawyer as part of his attempt to discredit Labs.  This is nonsensical and disingenuous too.  The DAO lawyer was brought on based on Labs' suggestion out of abundance of caution so there would be no question that the DAO could get independent advice on the settlements that Labs had driven forward for its benefit.  Labs and Blockworks continued to take the lead in settlement negotiations even after the DAO lawyer was retained.  The DAO lawyer was there solely to provide temporary and narrow independent advice – serving as conflicts counsel.  This despite there never actually being a conflict.  Labs has and continues to do everything it does in the interests of the DAO.  The only time the DAO rep took a contrary position on anything significant was indemnification for Labs and its officers, because of fears that this would cause Max to balk at settling with the agencies.  Even here, I did not protest or make counter proposals and pushed Labs and Blockworks to support the settlement proposals (even though they require continued cooperation from Labs, for the DAO's benefit, exposing Labs to risk that the DAO should rightfully indemnify–like it did with Adrian's entity).

**John and Max's continued legal interference through governance**

1/15/25, 1:07 PM
Case 1:26-cv-00011-SWS    Document 14-7    Filed 01/20/26    Page 27 of 61
Case 3:24-cv-01587-GMM-MDM    Document 80-1    Filed 01/15/25    Page 27 of 61
Labs Legal Update

 Published using Google Docs                    Report abuse    Learn more

Labs Legal Update                                    Updated automatically every 5 minutes

throw mud at the DAO's attempt to enforce its legal rights against Eisenberg and defend itself in multiple investigations, which has already resulted in tens of millions in direct value returned to the treasury and risk avoided.  It is incredible that days after the DAO settles with the SEC and the SEC files its settlement action, John makes a post rambling about him larping as some sort of activist shareholder in the Mango DAO.  This is far from helpful to the DAO's legal interests, to say the least.  Max, for his part, has continuously aired out laundry and thrown jabs at Mango Labs' handling of the DAO's legal work, including questioning prior funding posts even though Max was in the loop on why that funding was necessary.  Max claims we are over budget when that is patently false and Max has been completely uninterested in playing a positive role in the legal strategy, instead claiming that because he is overseas none of the legal issues the DAO faces can reach him (he is wrong).  And just in the last few days, Max has attempted to push his proposal through to pay himself MNGO tokens from the DAO treasury, even though the DAO just agreed days ago with the SEC not to do this. On top of all this, John is now proposing that Labs dump all the legal bills and engagement letters to the public. This would waive privilege on our entire legal strategy completely undermining our efforts to get the tens of millions we are owed from Avi.  Essentially what we are dealing with now boils down to Max and John conducting a governance attack against the DAO to pilfer its treasury for themselves.

As an aside, I saw some requests for legal advice on Max's latest proposal.  I am happy to have confidential conversations sharing more details under privilege about the legal

Case 1:26-cv-00011-SWS    Document 14-7    Filed 01/20/26    Page 28 of 61
1/15/25, 1:07 PM    Case 3:24-cv-01587-GMM-MDM    Document 80-1    Filed 01/15/25    Page 28 of 61
Labs Legal Update

 Published using Google Docs          Report abuse    Learn more

## Labs Legal Update

Updated automatically every 5 minutes

presumably with the advice of the DAO counsel, not to oppose Max's self-serving ideas in terms of the settlement proposals. This is done in the name of neutrality, but in reality has allowed Max and John to capture and negatively influence the DAO's legal strategy.  In short, Max and John have frustrated and compromised the DAO's ability to receive legal advice in the DAO's interests.  Had they not done so, much of this public back and forth could have been avoided.  Max and John have also driven up the cost of the DAO rep and lawyer through their shenanigans, whose purpose — again — was to simply serve as potential conflicts counsel and to have a way to make privileged comms to the DAO rep, and because the CFTC/SEC required a signature from the DAO.  Thankfully we've been able to navigate this and land the settlements, again, largely through the efforts of Labs for the DAO's benefit, and the DAO lawyer's narrow remit is now ending as the settlements get finalized and entered by the appropriate courts.

**Next steps.**  Labs, meanwhile, has and continues to act in the best interests of the DAO.  All of the work Labs has led with the DOJ, SEC, and CFTC benefitted the DAO, including Max and John.  Labs has received zero compensation for any of this work.  Labs has and continues to do so despite baseless and cynical public attacks on Labs' integrity from John and Max.

Going forward, I will continue to provide information about the legal issues the DAO is facing, and will continue to be transparent.  I will continue to hold our lawyers accountable and carefully manage the legal strategy so it is operating at maximum efficiency, balancing cost, risk, and reward.  I may also be able to

 Published using Google Docs

Report abuse    Learn more

## Labs Legal Update

Updated automatically every 5 minutes

mean we should abandon all reason, abandon the very valuable rights the DAO has in victim claims against Eisenberg that were entrusted to us, and pilfer the DAO treasury for Max and John's short term gain.  Labs will continue to push forward and do what is right by the DAO.

Thank you,

Daffy

# Exhibit 4

The Wayback Machine - https://web.archive.org/web/20230325170321/https://forum.mango.markets/t/mango-labs-2023-funding-proposal/661

Mango - Governance Forum

# Mango Labs 2023 Funding Proposal

Grants

daffy January 28, 2023, 3:20am 1

The DAO agreed to fund Mango Labs previously back in late 2021 for funding of 1.5m following a vote. Here's that forum post: Draft: Mango Labs. Brian Smith also produced a general accounting of the DAO's finances including the grant given to Mango Labs back in July: https://forum.mango.markets/t/mango-financial-report-initial-release/582.

Over 2022, 992k was spent on salaries and 751k on other expenses for a total of $1.74m. The amount exceeding 1.5m was through short term loans which have to be paid back.

Here is an overview of DAO projects that Labs assisted with in the last 12 months.

Mango Pay App

The app is intended to be non-custodial Venmo for crypto. It's not quite ready for publishing, but there is an alpha channel in discord where you can try it out. There is an android and iOS version now. The primary purpose of this app is to facilitate payments across borders and among friends who reside in different countries in a seamless way. Towards that end work is ongoing on getting the offramp payment processors setup .

Mango v4

Following the relevant DAO votes, delegating certain forward looking research and development tasks to Mango Labs, Mango Labs made contributions to Mango v4. Mango v4 is currently in testing and awaiting full launch. A lot of the changes coming in v4, especially the safety ones, were discussed in the discord call last Sunday. As always, the UI code and the program code will be or already are open sourced. The monorepo is available here: GitHub - blockworks-foundation/mango-v4: mango-v4 monorepo, contains program, ts client, and py client

Security Audits

We decided to pay for the Neodyme security audit for Mango v3 from the Labs budget instead of petitioning the DAO directly because Neodyme needed an entity, preferably in the US, for invoice. We paid for this expecting that we can come ask the DAO for reimbursement later. A security audit will also be necessary for v4.

Legal

The Mango v3 exploit in October opened up the DAO to many new legal challenges. There are substantial expenses related to the federal investigations into Avi. There are also now expenses related to our own civil suit against Avi to recoup the 47m, following depositors' transfer of rights to Mango Labs. Any proceeds which Mango Labs recovers from this litigation it intends to transfer to the DAO

I am requesting 2m for Mango Labs the next year with another report in Jan 2024. The reason for the increase is we expect the legal costs to be substantial and unpredictable. I'll make a formal DAO proposal shortly after this post. Feel free to vote against this proposal for any reason including needing more time for debate.

1 Like

DonDuala January 28, 2023, 4:29am 2

Appreciate the transparency and the ongoing commitment!

Few questions for clarity

- What is the head count of Mango Labs? Any expected changes?
- Is it accurate to say 2M is an increase? 1.74M spent in 2022 so ~250K of the new grant goes to pay that back leaving ~1.75M for 2023
   - Can you provide some details on the inital 100M MNGO vesting over 4yrs? How much of that has been allocated to devs? What's remaining?

1 Like

daffy January 28, 2023, 8:45am 3

- salaried head count is currently 6, I don't expect changes but anything's possible
- Yes 2m is an increase over last year, but not a significant one. We do have significantly more legal expenses though. The legal is top priority and if Labs needs more to handle that, I'll request more funds
- I ended up not getting the 100m MNGO directly and instead I'll make proposals directly to the DAO for certain Mango Labs members to receive MNGO summing up to 12.5m.

1 Like

donderper January 28, 2023, 2:38pm 4

I ended up not getting the 100m MNGO directly and instead I'll make proposals directly to the DAO for certain Mango Labs members to receive MNGO summing up

So instead of 100m mngo you want to make it 500m mngo (at current prices)?

daffy January 28, 2023, 5:54pm 5

D donderper:

So instead of 100m mngo you want to make it 500m mngo (at current prices)?

No, where are you getting 500m MNGO? I said 12.5m MNGO in total.

donderper January 28, 2023, 9:14pm 6

Ah ok, I read it as MNGO summing up to 12.5m (dollars) thanks for clarifying!

1 Like

mschneider January 28, 2023, 10:42pm 7

What's the budget split on the above 4 points?

It would be good to understand at least roughly how the first $1.75M was spent so far on v4/audit/mobile/legal and if you foresee any drastic changes in that allocation for the second $1.75M

2 Likes

daffy January 29, 2023, 8:49pm 8

It's hard to give exact numbers on this but I can make estimates.

Mango Pay App - 800k

Mango v4 - 400k

Security Audit - 235k

Legal - 280k

The remainder was all the other miscellaneous expenses.

In terms of how the spending will look going forward, I think the legal expenses will likely go up. Other than that, it's hard to say. We will have to make a decision on continuing the Mango Pay App, and it's possible the project needs to be sunsetted. I encourage DAO members to weigh in on this when the app is fully released.

2 Likes

- Home
- Categories
- FAQ/Guidelines
- Terms of Service
- Privacy Policy

Powered by Discourse, best viewed with JavaScript enabled

# Exhibit 5

PageVault

| | |
|---|---|
| Document title: | (1) Discord \| "Assign Fraud Claims to Mango Labs" \| Mango Markets |
| Capture URL: | https://discord.com/channels/791995070613159966/1288889729982398588 |
| Page loaded at (UTC): | Wed, 15 Jan 2025 20:38:13 GMT |
| Capture timestamp (UTC): | Wed, 15 Jan 2025 20:39:04 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | jXXqL8LgPHxbvjQyqHtFmR |
| Display Name: | Alexa.Rosenson |

PDF REFERENCE #:    hszqCJe5CKymdLU6nchrjc





This proposal is very expensive, "reasonable costs and fees" can become millions of dollars, Mango Labs has a track record of in-transparency, lack of reporting and wildly overshooting budgets, it opens up all token holders to unlimited liability.

This proposal, as it is currently stated, has the DAO waiving all rights to receive any recovery. In one sentence, the proposal states that Mango Labs will distribute money, but in the next paragraph, the DAO waives any rights to receive any distribution. Worse, the proposal indemnifies Mango Labs for its expenses - which would include lawyers. So if Mango Labs recovers funds, and chooses not to return money to the DAO, the DAO is in a terrible position. All the DAO could do is sue, but the DAO would be paying for Mango Labs' defense lawyers as well as its own lawyers, and the DAO will have waived its rights, making its legal case weak.

Arguing with threats against impartial positions just shows bad manners. Obviously most people addressed can stay impartial and ignore this. I would still ask everyone to deny this proposal for the aforementioned reasons. (edited)

September 30, 2024

**Adrian** 9/30/24, 2:07 PM
Posting this at my own capacity not as the DAO representative because this dispute is outside of the US regulatory matters

Nothing is black or white.

Unfortunately, Mango DAO has been in legal limbo for almost two years now. I believe this proposal would only drag us into another round of expenses and even more legal complications that everyone would like to move past.

Do I think it's acceptable for someone to profit 2.5 times on such a trade? No.

However, I also don't think any normal company would grant the provisions listed in this proposal to someone. Additionally, if you were to win this dispute and reclaim John's tokens to return them to the DAO, you would become the primary beneficiary. This includes a reasonable fee that isn't specified here, the return of all legal costs related to this, and a higher book value for your personal tokens. Also, what if the dispute is lost?

Engaging in further legal action could drain the DAO's financial and human resources, which could be better allocated to development and growth initiatives. Prolonged legal disputes may also affect the morale and cohesion of our community, potentially hindering progress on important projects.

This proposal should be withdrawn and we should set a deadline until the end of the year for you to try to resolve this among yourselves. If there isn't a reasonable solution by then, we can revisit such a vote. In the meantime, let's focus on moving past legal issues to concentrate on the DAO's long-term objectives and the betterment of the community as a whole. (edited)

❤️ 3    😊

**LegalizeOnionFutures** 9/30/24, 10:42 PM
> This proposal should be withdrawn and we should set a deadline until the end of the year for you to try to resolve this among yourselves. If there isn't a reasonable solution by then, we can revisit such a vote.
The looters have made repeated use of delaying tactics, so as it happens a three-month delay is not a compromise suggestion. Hence why Kramer gave it a heart emoji.
> In the meantime, let's focus on moving past legal issues
How do you move past being run by criminals? This is an active shooter situation, not some historical grievance (edited)

October 1, 2024

↩ @LegalizeOnionFutures > This proposal should be withdrawn and we should set a deadline until the end of the year for you to try to resolv...
**Adrian** 10/1/24, 4:23 AM
I think you don't need any DAO money and any proposals to pursue criminals.

↩ @Adrian I think you don't need any DAO money and any proposals to pursue criminals.
**LegalizeOnionFutures** 10/1/24, 5:50 AM
I have plenty of money already thank you but I don't think that's any of your business

😂 2    😊

↩ @LegalizeOnionFutures I have plenty of money already thank you but I don't think that's any of your business
**Adrian** 10/1/24, 5:51 AM
This is just general assumption not personal one. (edited)

Send a message in "Assign Fraud Claims to Mango Labs"



This is just general assumption not personal one. (edited)

@Adrian This is just general assumption not personal one. (edited)

**LegalizeOnionFutures** 10/1/24, 6:05 AM
How do you suggest removing the criminals from positions of power in the DAO? They're quite close to having an unassailable majority of tokens

👍 1     😆

October 9, 2024

@DonDualo Please see my statement on the matter and consider it when voting 🖼

**donderper** 10/9/24, 12:49 PM
You still were the DAO treasurer even if the job you actually did - tracking the balance sheet, arranging buybacks and managing where the funds went - is different from a standard treasurer role.

How do we know that whoever you bought the tokens from, allegedly for 1.2c according to the lawsuit, didn't think they were interacting with or selling you the tokens in your capacity as DAO treasurer?

**LegalizeOnionFutures** 10/9/24, 6:42 PM
Save Labs has bought SLND tokens from the FTX estate and put up a proposal to sell them to the Solend DAO **at cost**. They disclosed the purchase price too of course.

Will Max and John ever offer an explanation for why they didn't do that and instead forced the DAO to pay an exorbitant premium? https://x.com/save_finance/status/1843971610589745488 (edited)

👍 4     🖼 1

**bingobango** 10/9/24, 11:12 PM
I think the most damning evidence of the alleged fraud is that through the initial "treasury diversification" process, Don believed the only acceptable way to buyback MNGO was by using his "Dual" project's option offering. He believed that buying back at some arbitrary discount to book value would be too "inefficient."

However, after acquiring the FTX estate's MNGO, he quickly changed his tune on "efficient buybacks." Almost immediately after acquiring the estate's MNGO he proposed buying back at a 5% discount to book value, which was like double the market price. Not very efficient, imo.

Either he made a complete 180 in his views, or he was lying to the DAO in an effort to personally gain at the DAO's expense.

I think it's also important to note that there were really only 2 logical explanations for purchasing the estate's MNGO:

1) to sell back to the DAO, as there are no other viable counterparties.

2) to perform a hostile attack on the DAO.

Although I would support legally pursuing for damages to the DAO, etc., ultimately, I think the right answer is for the DAO to buy the MNGO tokens from CKS at the price they were acquired at (less the amount of gain already captured).

*From the DAO's POV:*
The DAO ultimately gets the deal they should have received if the treasury council had upheld their duty, and don't have to pay even more legal bills.

*From CKS' POV:*
CKS gets to wash their hands of any alleged wrongdoing, they get immediate liquidity on an otherwise completely illiquid trade, and they don't have to pay a ton of legal bills. (edited)

@bingobango I think the most damning evidence of the alleged fraud is that through the initial "treasury diversification" process, Don beli...

**Finn | Nethermind** 10/9/24, 11:48 PM
SEC Settlement:

"Should the DAO acquire any MNGO tokens in the future, it shall destroy or otherwise make any of those MNGO tokens unavailable for trading, selling, offering or purchasing within 10 days of receipt. "

This is not possible

Send a message in "Assign Fraud Claims to Mango Labs"



This is not possible

**LegalizeOnionFutures** 10/9/24, 11:52 PM
The DAO can acquire tokens, it just has to burn them

👍 2    🙂

**Finn | Nethermind** 10/9/24, 11:52 PM
Ah I understand

Simply trying to become more informed here:

Would this not at the end be equivalent to a direct transfer of USDC from CKS to the DAO of the difference?

If expected legal costs of CKS + prob_win * 0 + (1 - prob_win) * gain < gain then there is no incentive.

Depends on the case from CKS perspective - it's not so clear cut. (edited)

October 10, 2024

🐻 @bingobango I think the most damning evidence of the alleged fraud is that through the initial "treasury diversification" process, Don beli...
**donderper** 10/10/24, 6:34 AM
Two questions

- how do we get the proposal set up to do this, to make the offer to buy back tokens at a specific price such that it is executable
- it's embarrassing but it's not clear that there is sufficient internal support for something like this from the @team . Is there sufficient political support from people at mango and other MNGO holders to publicly call out John for his actions now that all the details in the lawsuit are public and encourage him to take a deal that's fair for the DAO? It's unclear whether the whole action was illegal but it was clearly immoral and appears to be tacitly supported by Max as outlined in the suit

(edited)

**LegalizeOnionFutures** 10/10/24, 7:55 AM
There was nothing tacit in Max's support of it lol

@donderper Two questions • how do we get the proposal set up to do this, to make the offer to buy back tokens at a specific price such t...
**bingobango** 10/10/24, 8:05 PM
I think this only works if both Max/John and Daffy agree to go forward with it.

Don't think it should be super complex from an "Xs and Os" standpoint (the transfers are fairly straightforward). The maybe somewhat trickier part is including language to absolve CKS of wrongdoing. The DAO cannot absolve them of any potential criminal charges that could be brought by a government agency, but the DAO can generally agree to not pursue a civil suit.

There was similar language in the Avi agreement, but was generally non-binding as it was agreed to by the DAO under duress. A similar "duress" argument could be made here, but it seems unlikely to hold water, as I don't think there's much reason for legitimate concern about CKS draining the treasury, etc.

I am not a lawyer. None of this is legal advice. Just providing my 2c, as it seems like the best path forward for the DAO is through some compromise and both sides seem unwilling to make that first step.

@Finn | Nethermind Simply trying to become more informed here: Would this not at the end be equivalent to a direct transfer of USDC fr...
**bingobango** 10/10/24, 8:18 PM
I guess I haven't done the math on how much of the MNGO CKS purchased has already been sold to the DAO. Is your point that they've already received more from the DAO than their cost basis on the FTX estate tokens?

If they've already received more than their cost basis, I guess it would ultimately be them sending both the excess USDC and the remaining FTX estate MNGO back to the DAO. However, if they haven't already fully recouped their cost basis, I would suggest that the DAO make them whole by sending USDC as part of the agreement.

I'm not a lawyer, and am just free styling here, but would generally assume that the resolution to this would be an important consideration for any potential criminal case that could be brought against CKS(?). If the outcome is generally the same as that which would have happened if all duties were upheld, I think that would play into the potential judgement. And I don't know how that would ultimately factor into any calculation of EV. (edited)

Send a message in "Assign Fraud Claims to Mango Labs"



# Exhibit 6

1/15/25, 1:50 PM                daffy on X: "Here is the text of the proposal to assign you all willing to Labs through the Mango DAO. In April of this year, John ...



**daffy** ✔
@dadadadaffy

  ⋯

← **Post**

Hello Mango DAO,

In April of this year, John Kramer and Max Schneider committed fraud against the DAO. This activity generated considerable legal exposure for both John and Max. I believe we have strong legal claims to press against them and recover the fraudulently obtained tokens along with additional damages. This is a proposal for the DAO to assign these claims to Mango Labs so that Labs can pursue these claims in court on behalf of the DAO and return the proceeds to the DAO. Labs will cover the cost of this operation up front, but I am asking that the costs be reimbursed if I ultimately prevail where prevailing is defined as any result that saves the DAO money.

Both John and Max have duties to the DAO due to their important status within it. John is the main operator of the treasury council. Max is a cofounder, has his hands in nearly every aspect of the DAO including setting the roadmap, allocating funding and speaking on behalf of the Mango DAO to outsiders. These important roles within the DAO come with duties to not engage in self-dealing, to not insider trade using their considerable insider knowledge, and to generally act in the best interest of the DAO. Both John and Max violated all of these duties and more.

In addition, John and Max lied via deceptive statements, omitting important facts and simply making outright false statements to me and other DAO members both in public and in private. Max led us to believe he was purchasing the considerable amount of MNGO from the FTX estate on behalf of the DAO. Almost every DAO member who talked to Max regularly over the last year came away believing this. Yet, Max and John bought the tokens for themselves to then dump it onto the DAO at 2.5x market price. Not only is this behavior corrupt and dishonest, it is fraud. The damage to the DAO due to this fraud and corruption is at least $10m not accounting for the loss to our reputation and internal cohesion. While Avi stole from us as an outsider, Max and John defrauded us as insiders. This type of behavior will destroy any organization.

In the interest of brevity, I've decided not to list every single corrupt and unlawful behavior perpetrated by John and Max. Ultimately, I intend to prove these and all other claims in court.

Over the last two years, I've been working on resolving our various regulatory issues and pursuing Avi for the funds he stole from us. On top of this, over the last five months I've had to work on undoing the consequences of the fraud committed by John and Max in such a way that minimizes disruption to other DAO members and our other legal matters. I've made several attempts to resolve this issue in a cooperative manner with John and Max, but my efforts proved fruitless. I believe the best course of action now is to seek justice through the courts.



**New to X?**

Sign up now to get your own personalized timeline!

G    Sign up with Google

    Sign up with Apple

    Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯    © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

1/15/25, 1:50 PM    daffy duck Cebolas Hewlett or help proposal Dunces be you willing to like through 1,515 change Layer April of this year, John ...




reluctance to "get involved" due to fear of reprisals from the treacherous duo. I have three responses to this. One, you are already involved whether you like it or not. The court is likely to force the involvement of anyone who has important knowledge about these matters. Second, you have a duty to stand up to corrupt behavior in any organization you are a part of. Not doing so reflects poorly on you and could follow you around. Third, if you stand up to this corruption, you will find that I and many others in the industry will stand behind you. Unethical behavior of the sort practiced by John and Max will eventually reach the public light but so will your good deeds.

I am open to sharing the draft of the complaint if that will help inform your decision on this proposal. As always, I'm open to any criticism or questions you may have. I will do my best to answer, though, you should keep in mind we are in an adversarial situation and it may not be in the DAO's best interest for me to make public all matters.

9:58 AM · Sep 26, 2024 · **12.2K** Views

💬 4          🔁 5          ♡ 37          🔖 3          ⬆️

**New to X?**

Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

# Exhibit 7

PageVault

| | |
|---|---|
| Document title: | (1) Discord | #governance | Mango Markets |
| Capture URL: | https://discord.com/channels/791995070613159966/873184582948765736 |
| Page loaded at (UTC): | Wed, 15 Jan 2025 22:37:13 GMT |
| Capture timestamp (UTC): | Wed, 15 Jan 2025 22:43:28 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 13 |
| Capture ID: | 7EJSQgxzoeRUtJHqBqPzv3 |
| Display Name: | Alexa.Rosenson |

PDF REFERENCE #:    f9ChJAx4dCvXFCr5LXxSVx





one very important qualification you lack is not stealing money from the mango dao

**Maximilian** 12/5/24, 6:40 PM
I think we answered your questions for long enough. I think we can demand some clarity, who you are and what your background is.

**LegalizeOnionFutures** 12/5/24, 6:40 PM
again with the deflections
you do this literally every time

**Maximilian** 12/5/24, 6:41 PM
you are deflecting now

**LegalizeOnionFutures** 12/5/24, 6:41 PM
i have nothing to hide and nobody but you entertains some bizarre fantasy of me having a financial interest in calling out your crimes

**Maximilian** 12/5/24, 6:42 PM
Cool send me your address in DM please

**LegalizeOnionFutures** 12/5/24, 6:42 PM
for what?

**Maximilian** 12/5/24, 6:42 PM
I want to send you a letter

**LegalizeOnionFutures** 12/5/24, 6:43 PM
are you threatening me?

**Maximilian** 12/5/24, 6:43 PM
Please send me your address in DM if you have nothing to hide

**LegalizeOnionFutures** 12/5/24, 6:43 PM
why don't you share yours?

**Maximilian** 12/5/24, 6:45 PM
Ah deflecting?

**LegalizeOnionFutures** 12/5/24, 6:46 PM
what are you accusing me of? (edited)
and how does it absolve you?

**Maximilian** 12/5/24, 6:46 PM
I'll address my letters with a return address
Don't worry

**LegalizeOnionFutures** 12/5/24, 6:49 PM
are you asking me to trust you? Stop being facetious

**Maximilian** 12/5/24, 6:55 PM
So you want to hide your address?

**LegalizeOnionFutures** 12/5/24, 6:55 PM
is that meant to be a gotcha? I don't want to get swatted by you

**Maximilian** 12/5/24, 6:55 PM
I would never swat anyone

**LegalizeOnionFutures** 12/5/24, 6:56 PM
oh that's reassuring, sure you can have my address

👑 **Proposal** `APP` 12/4/24, 8:50 PM
"Move all C tier tokens to ondemand oracles" proposal will close for voting 🗳 Proposal Link in 24 hrs









Document title: (1) Discord | #👑 governance | Mango Markets
Capture URL: https://discord.com/channels/791995070613159966/873184582948765736
Capture timestamp (UTC): Wed, 15 Jan 2025 22:43:28 GMT





👑 Proposal `APP` 12/13/24, 3:33 PM
Proposal Ended: Replace Burned Council Token Status: ❌ Defeated -Yes Votes: 543,940,485 -No Votes: 667,811,998 🔗
Proposal Link

👑 Proposal `APP` 12/13/24, 4:14 PM
Proposal Ended: Replace More Burned Council Tokens Status: ❌ Defeated -Yes Votes: 543,939,871 -No Votes: 667,811,872 🔗
Proposal Link

👑 Proposal `APP` 12/13/24, 4:44 PM
Proposal Ended: Replace 4th Burned Token Status: ❌ Defeated -Yes Votes: 543,939,414 -No Votes: 667,811,858 🔗 Proposal
Link

👑 Proposal `APP` 12/13/24, 8:39 PM
Proposal Ended: Switch Mother, Drift to ondemand + remove wif fallback Status: ❌ Defeated - Quorum Not Reached -Yes
Votes: 18,160,201 -No Votes: 0 🔗 Proposal Link

👑 Proposal `APP` 12/13/24, 8:54 PM
"Switch Mother, Drift to ondemand + remove wif fallback" proposal just opened for voting 🗳️ Proposal Link Voting time
ends: 15-12-2024 20:40 UTC

👑 Proposal `APP` 12/13/24, 9:39 PM
"Deposit USDC to DAO mango account" proposal just opened for voting 🗳️ Proposal Link Voting time ends: 15-12-2024
21:33 UTC

🔒 `APP` 👑 Proposal "Deposit USDC to DAO mango account" proposal just opened for voting 🗳️ Proposal Link Voting time ends: 15-12-2024...
donderper 12/13/24, 9:40 PM
is this safe

Adrian 12/13/24, 9:40 PM
will remake with other account should not be that one
cancelled that one ^

donderper 12/13/24, 9:41 PM
in general though

↳ @donderper in general though
Adrian 12/13/24, 9:41 PM
https://app.realms.today/dao/MNGO/proposal/7oiYJvGHTDuSY8zxi5SeYnA6PmVwcuURqaGhjnzqzSRQ
old proposal for reference

donderper 12/13/24, 9:41 PM
it seems bad for mango to be depositing its own usdc
this is separate from running a liquidator though

Adrian 12/13/24, 9:41 PM
any other idea to soften the borrow rate?

↳ @Adrian any other idea to soften the borrow rate?
donderper 12/13/24, 9:41 PM
advertise the high APY
or get lulo to reintegrate mango
since they kicked it off after the previous oracle incident

Adrian 12/13/24, 9:42 PM
will probably get more then 3 days
for them to reintegrate
and there is one guy who is borrowing 2m$

donderper 12/13/24, 9:43 PM
i don't understand
isn't this the borrow lend protocol working as expected?
if the borrow is high the rates are high

You're viewing older messages                                    Jump To Present ⌄

Message #👑governance

Document title: (1) Discord | #👑 governance | Mango Markets
Capture URL: https://discord.com/channels/791995070613159966/873184582948765736
Capture timestamp (UTC): Wed, 15 Jan 2025 22:43:28 GMT





Document title: (1) Discord | #👑 governance | Mango Markets
Capture URL: https://discord.com/channels/791995070613159966/873184582948765736
Capture timestamp (UTC): Wed, 15 Jan 2025 22:43:28 GMT





# Exhibit 8

**PageVault**

| | |
|---|---|
| Document title: | (1) Discord \| "Council Action" \| Mango Markets |
| Capture URL: | https://discord.com/channels/791995070613159966/1316560315743473776 |
| Page loaded at (UTC): | Wed, 15 Jan 2025 22:02:50 GMT |
| Capture timestamp (UTC): | Wed, 15 Jan 2025 22:03:21 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | veUDtskMczjRP8UVxESJED |
| Display Name: | Alexa.Rosenson |

PDF REFERENCE #:            uFKaCUsBHwqyoPwHhjFNiS



Document title: (1) Discord | &quot;Council Action&quot; | Mango Markets
Capture URL: https://discord.com/channels/791995070613159966/1316560315743473776
Capture timestamp (UTC): Wed, 15 Jan 2025 22:03:21 GMT



Document title: (1) Discord | &quot;Council Action&quot; | Mango Markets
Capture URL: https://discord.com/channels/791995070613159966/1316560315743473776
Capture timestamp (UTC): Wed, 15 Jan 2025 22:03:21 GMT

