# Exhibit 7



| Asset | Amount |
|---|---|
| BTC | 281.498 |
| SRM | 2,354,260 |
| ETH | 226 |
| FTT | 11,774 |
| BNB | 608 |
| GMT | 152,843 |
| RAY | 98,295 |
| AVAX | 1,809 |
| MNGO | 32,409,565 |
| USDC | 10,000,000 |

Most of these funds are currently in the control of the solana wallet yUJw and should be sent to the wallet owned by Mango Upgrade Council: 9mM6NfXauEFviFY1S1thbo7HXYNiSWSvwZEhguJw26wY

The 10,000,000 USDC can be sent either to the Upgrade Council solana wallet or the ethereum wallet setup by the developers: 0xa8e8729A6AAb10178FBac1E9D55A0c536ce3DCa8

Within 12 hours of the proposal opening, you shall send back the assets other than USDC, MSOL, MNGO, and SOL as a show of good faith. The remaining assets shall be sent within 12 hours once the vote is complete and passes.

The funds sent by you and the mango DAO treasury will be used to cover any remaining bad debt in the protocol. All mango depositors will be made whole. By voting for this proposal, mango token holders agree to pay off the bad debt with the treasury, and waive any potential claims against accounts with bad debt, and will not pursue any criminal investigations or freezing of funds once the tokens are sent back as described above.

## Discussion (20)



**2zjSP...ENPvR**  ⊗ 12M MNGO
3 yr ago

this is ריבית נשך you don't deserve one shekel

---



**J1eHD...Pcbnm**  41.54 MNGO
3 yr ago

Chris Brunet from Karlstack here, just wanted to say I'm gay

---



**7Qxwo...rbL4L**  ⊗ 38.56 MNGO
3 yr ago

This is an absurdly high bounty for such a low tier attack. Any dumb ass with enough money could have pulled this off. Lower the bounty to a reasonable level or fuck around and find out.

---

**9CwVp...6t8wz**  ⊗ 69.7 MNGO

Join the discussion...

 Send

don't give him half. 25M total is more than enough.

Max: 512



**9GwVp...6t8wz**
3 yr ago

⊗ 69.7 MNGO

As several others have said, we should give him less of a bounty because he is a criminal in no position to negotiate anymore. He's dox'd and will be arrested - don't give him ± $50M ! 25M total is more than enough. Cut it by 50%. Cheers.

---



**biggura.sol**
3 yr ago

1.16 MNGO

He's Mango account has a large amount of outstanding balance, this is an objective fact.

---



**HAkvF...7yBkc**
3 yr ago

✓ 183.33K MNGO

thanks team <3

---



**GMsAp...D2qpC**
3 yr ago

383.67 MNGO

Mango team is f**king brain dead and should be criminally investigated. They left this exploit open and are now paying out 40-50m bug bounty to a doxxed exploiter. Worst negotiation I have ever seen

---



**xpGSJ...i3k7H**
3 yr ago

✓ 115.4 MNGO

Depositors to be made whole immediately.Everything else comes after.

---



**7bqM8...qsR8f**
3 yr ago

⊗ 4.58M MNGO

Agree 100% that making users funds whole ASAP is the top priority but a $50m "bug bounty" is ridiculous. At most the exploiter should get their

costs back ($15m?) plus $10m. $10m whitehat bounty is what was offered to the $600m wormhole hacker. Mango can negotiate better than this, especially given the exploiter is essentially doxed



**8DUt4...o86en**
3 yr ago

✓ 241.78K MNGO

Only viable route forward is to make users whole. All else comes after that. Pretty sure Mango can still raise funds with VCs.



**B3Nyy...8mNjY**
3 yr ago

✓ 68.95 MNGO

I am also wondering about the continuity of the Mango project, and plans for MangoMarketsV4. The proposal may have included an amount for keeping the project and the team going



**5zvDd...f2V7Z**
3 yr ago

✓ 2.49M MNGO

I vote yes as the proposal puts the users - and their funds - first, however, with the Treasury mostly depleted, there are now serious concerns on teh continuity of the project which have to be publicly addressed by Max, Daffy and rest of the team. How will founders be able to continue building Mango with close to zero funds?



**DrKFQ...bGWRb**
3 yr ago

✓ 3.98K MNGO

Im devastated please vote yes everyone



**HMznu...CWSJQ**
3 yr ago

⊗ 1.26K MNGO

protocol risk would have been taken more seriously if mango paid back liquidators from the insurance fund for the first hack

---

**BVFTQ...dyvjU**    ✓ 100.63K MNGO
3 yr ago

LGTM

---

**4Y6op...fB7YJ**    ✓ 48.59 MNGO
3 yr ago

Plz god I need this money back

---

**AZQMe...pLZ1V**    ✓ 21.09K MNGO
3 yr ago

good outcome for all

---

**FPqZP...UjKgi**    ⊗ 1.5K MNGO
3 yr ago

if the exploiter is doxed, why are they getting a ~$50 million bounty?

---

**J1eHD...Pcbnm**    41.54 MNGO
3 yr ago

First. Also -- we're all gonna make it bros and broettes

---

Repay Bad Debt #2 | Mango

© Realms.Today LLC 2025   Realms v1   Services   Docs