# Exhibit 11

Kickoff to the DAO Olympics! →

New DAO/Multi-sig    Connect Wallet

### Mango DAO ✓

**Passed** · Single-choice · 1 d ago

# Transfer the smaller assets to Mango Labs for liquidation part 3

5wZ6N...proE8
**100K MNGO**

Share    Export

Overview    Votes    Instructions (13)

**2%** Quorum
**Community** Vote Type
**Disabled** Vote Tipping

## Proposal: Authorize Mango Labs to Liquidate Smaller Assets

### 1. Scope of Services

The Mango DAO (**"the DAO"**) hereby authorizes Mango Labs LLC (**"the Facilitator"**) to perform a one-time service: the liquidation of designated non-USDC assets currently held in the DAO treasury (except the top 5 tokens by value held).

The Facilitator is authorized to:

---

**Connect to view your governance power**

Connect Wallet

**Results**
Yes 100.0% — 103.73M
No 0.0% — 0

**Quorum** 2% ⓘ
Quorum Met **103.73M** / 22.35M

**Timeline**
- **Created** Jan 13, 2026, 4:04pm
- **Voting** Jan 13, 2026, 4:04pm
- **Cool off** Jan 15, 2026, 4:05am
- **Ends** Jan 15, 2026, 12:05pm

- **Receive** transfers of "dust" or small-cap assets from the DAO.

- **Liquidate** said assets for USDC at the Facilitator's sole discretion regarding timing, venue, and price.

- **Remit** the resulting USDC proceeds back to the DAO treasury.

## 2. Independent Status & Discretion

The Facilitator shall act as an **independent service provider**. The Facilitator maintains absolute autonomy over the execution of the liquidations and is not subject to the direction or control of the DAO regarding the technical methods used for such sales.

## 3. Comprehensive Release and Covenant Not to Sue

By voting in favor of this proposal, the DAO and its participants (including token holders and contributors) agree to the following:

- **"As-Is" Execution:** The services are provided on an "as-is" and "as-available" basis. The Facilitator makes no warranties, express or implied, regarding the execution price, slippage, or liquidity.

- **Total Waiver of Liability:** The Facilitator (including its members, officers, and affiliates) shall have **zero liability** for any losses, costs, or damages—direct, indirect, or consequential—arising from the liquidation process. This includes, but is not limited to, errors in execution, technical failures, exchange hacks, or unfavorable market movements.

1/16/26, 6:08 PM
Transfer the smaller assets to Mango Labs for liquidation part 3 | Mango
Case 1:26-cv-00011-SWS    Document 14-13    Filed 01/20/26    Page 4 of 4

- **Covenant Not to Sue:** The DAO and its participants hereby irrevocably covenant not to sue or initiate any legal, administrative, or arbitral proceedings against the Facilitator for any matter related to this authorization.

- **Indemnification:** The DAO agrees to indemnify and hold the Facilitator harmless from any third-party claims or regulatory inquiries resulting from the performance of these services.

## 4. Purpose

This authorization is granted to facilitate the administrative cleanup of the DAO's balance sheet. The DAO acknowledges that the Facilitator is performing this task as a convenience to the DAO and that the risks of doing so are borne entirely by the DAO.

**Discussion** (0)

Join the discussion...

Send

Max: 512

© Realms.Today LLC 2025   Realms v1   Services   Docs