# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AVRAHAM EISENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>MANGO LABS, LLC; MANGO DOA and DAFYDD DURAIRAJ,<br><br>    Defendants. | **Civil Action No. 1:26-CV-00011-SWS** |

## TEMPORARY RESTRAINING ORDER

**THIS MATTER**, having come before the Court on the Motion for a Temporary Restraining Order and Preliminary Injunction Order by Plaintiff Avraham Eisenberg pursuant to Fed. R. Civ. P. 65(a) and (b); and the Court having considered the Complaint, Exhibits and the Memorandum of the Plaintiff; and it appearing that there a likelihood of success on the merits in that it appears that the Plaintiff has established that the Defendants Mango Labs, LLC ("Mango Labs"), Mango DAO, and Dafydd Durairaj (collectively, "Defendants") have breached their Settlement Agreement with Plaintiff, and/or fraudulently induced Plaintiff into entering the Agreement, and Plaintiff has suffered, and continues to suffered damage, as a result of the violations; and it appearing that the Plaintiff will suffer immediate and irreparable harm without the issuance of preliminary relief; and it appearing that the balance of the hardships weigh in favor of the Plaintiff; and it appearing that the public interest is served; and the Court finding that no bond amount is necessary in this case because there is no harm to the enjoined parties; and for good cause,

**NOW THEREFORE**, it is on the ___ Day of January 2026, at ____ o'clock, a.m./p.m.,

**ORDERED** that Defendants Mango Labs, Mango DAO, and Dafydd Durairaj are, **ORDERED** to **IMMEDIATELY** take such actions to secure and freeze all assets held in, or controlled by, the Mango DAO, including all assets in the treasury of the Mango DAO;

**IT IS FURTHER ORDERED** that Defendants Mango Labs, Mango DAO, and Dafydd Durairaj are enjoined from introducing, or voting on, any proposals that would further the transfer, dissipation or disposal of the assets held in the treasury of the Mango DAO; or further the dissolution of the Mango DAO;

**IT IS FURTHER ORDERED** that Defendants Mango Labs, Mango DAO, and Dafydd Durairaj are enjoined from: (1) transferring, dissipating or disposing of the assets held in the treasury of the Mango DAO; and (2) taking further steps to dissolve the Mango DAO;

**IT IS FURTHER ORDERED** that this Order shall apply to Mango Labs, Mango DAO, and Dafydd Durairaj their members, officers, servants, agents or employees, and anyone acting in concert with the them, including all MNGO token holders; and

**IT IS FURTHER ORDERED** that this Order shall remain in place for a period of 14 days from the date thereof or until such a time as this Court extends or terminates the same.

**IT IS FURTHER ORDERED** that this the enjoined parties may file a motion to dissolve this Order, should they so desire, as permitted by applicable rule.

**IT IS FURTHER ODERED** that the Parties shall appear personally or virtually before this Court at _____ a.m./p.m. on the _____ day of January, 2026 for a Hearing on Preliminary Injunction.

_____
Hon. Scott Wesley Skavdahl
U.S. District Judge
District of Wyoming