Caleb C. Wilkins, WSB #7-5527
Richard D. Bush, WSB #5-2647
COAL CREEK LAW LLC
P.O. Box 467
Cheyenne, WY 82003-0467
P: (307) 634-1525
F: (307) 638-7335
cwilkins@coalcreeklaw.com
tbush@coalcreeklaw.com

Mark Berkowitz (*Pro Hac Vice*)
TARTER KRINSKY & DROGIN LLP
1350 Broadway New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
mberkowitz@tarterkrinsky.com
*Attorneys For Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| AVRAHAM EISENBERG,<br><br>Plaintiff,<br><br>v.<br><br>MANGO LABS, LLC; and DAFYDD DURAIRAJ,<br><br>Defendants. | Civil Action No. 1:26-cv-00011 |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND SUPPLEMENT TO MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff Avraham Eisenberg ("Plaintiff") respectfully submits this Response to the Court's January 22, 2026 Order (Dkt. 15) concerning whether the Court has subject matter jurisdiction over this action. In this regard, the Complaint filed in this action initially named Mango DAO, an unincorporated entity. The Order directed Plaintiff to "identify each of the Mango DAO's members' … citizenship at the time of filing." (Dkt. 15 at 4).

**A. The Mango DAO Has Been Dismissed**

Given the urgency of this matter and the anticipated challenges of identifying every member of the Mango DAO, Plaintiff has dismissed the Mango DAO without prejudice and will proceed against the two remaining Defendants. Complete diversity exists between Plaintiff and the remaining Defendants.

As such, Plaintiff respectfully requests that the Court take-up Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 14, "Motion").

**B. Defendants Have Taken the Final Steps to Dissipate the Funds-at-Issue**

As explained in the Motion, after three years of silence, Defendants recently announced their intent to distribute certain assets to which Plaintiff's claims pertain. (ECF No. 14-1 at 4-5). Defendants had begun the process of preparing the assets for distribution. (*Id.*). Since the date the Motion was filed, Defendants have taken the final steps to disburse the assets-at-issue. Specifically, further proposals have been introduced by Defendants to complete the distribution process:




(https://v2.realms.today/dao/DPiH3H3c7t47BMxqTxLsuPQpEC6Kne8GA9VXbxpnZxFE).

As can be seen, these actions will be completed tomorrow, January 27, 2026. As can also be seen, Defendants Mango Labs, LLC ("Mango Labs") and Mr. Durairaj (who goes by the name "Daffy") are pushing forward with these activities because they are aware of this action—seeking to frustrate Plaintiff's ability to recover on his claims.

**C. Defendants Have Now Appeared**

Prior to the filing of the Motion, Defendants counsel indicated that Defendants had not decided as to whether to consent to the relief requested, opposed the Motion, or otherwise. Over

the weekend, Defendants' counsel advised that Defendants are in the process of retaining Wyoming counsel and intend to appear and oppose, and earlier today Defendants appeared and requested a briefing schedule on the Motion.

Given that Defendants have now appeared, and that the status quo has existed for more than three years, entering a temporary restraining order for a period of 14 days until the Parties can be fully heard will not prejudice the Defendants. By contrast, the potential harm to Plaintiff is significant and Plaintiff faces the prospect of being unable to collect any potential monetary judgment against the Defendants.

Respectfully submitted,

Dated: January 26, 2026

By: */s/ Caleb C. Wilkins*

Caleb C. Wilkins, WSB #7-5527
Richard D. Bush, WSB #5-2647
COAL CREEK LAW LLC
P.O. Box 467
Cheyenne, WY 82003-0467
P: (307) 634-1525
F: (307) 638-7335
cwilkins@coalcreeklaw.com
tbush@coalcreeklaw.com

Mark Berkowitz (*Pro Hac Vice*)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
P: (212) 216-8000
F: (212) 216-8001
mberkowitz@tarterkrinsky.com

***Attorneys for Plaintiff Avraham Eisenberg***