

**FILED**

*9:48 am, 1/27/26*

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

AVRAHAM EISENBERG

                Plaintiff,

vs.

MANGO LABS LLC, et al

                Defendants.

Case Number: 26-CV-11-SWS

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ This Minute Sheet also contains a Minute Order
☑ This was a Telephonic Hearing

Date: 01/26/2026    Time: 4:41- 5:26 PM    (Minute Order included)    (Telephonic)

| Scott W. Skavdahl | Mariah Schafersman | Shannon Zelt | Hallie Bereday |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Mark Berkowitz and Caleb Wilkins

Attorney(s) for Defendant(s)    Drake Hill, Michael Burshteyn and Rafael Yokobi

Other:

The Court heard from the parties regarding the various pending federal cases involving the parties and the pending motions in this matter. For reasons stated more fully on the record, and incorporated by reference herein, the Court dismisses this matter without prejudice. Motions (ECF numbers) 14, 17, 21 and 22 are therefore moot.